# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| JAMES M. WHEAT and DANNY BRINSON, individually and on behalf of all other persons similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MIKE CRAIG, JEFF R. THOMPSON, JEFF COX, E. CHARLES JACOBS, MIKE NERREN, and PARKER SELF in their official capacities as Judges of the 26th Judicial District Court; and JULIAN C. WHITTINGTON, in his official capacity as Sheriff of Bossier Parish,<br><br>    Defendants. | Case No. 5:17-cv-424-SMH-MLH<br>(Class Action)<br><br>Judge Hicks<br>Magistrate Judge Hornsby |

## JOINT MOTION FOR ENTRY OF ORDER APPROVING SETTLEMENT AGREEMENT AND JOINT STIPULATION OF DISMISSAL

Plaintiffs and Defendants ("the Parties") move this Court for an order approving the attached proposed settlement agreement, Ex. 1. For the reasons set forth in the accompanying memorandum, the Parties believe that the attached settlement agreement adequately addresses Plaintiffs' claims while avoiding protracted litigation. Subject to approval of this agreement and the Court's continuing jurisdiction to enforce this agreement, the Plaintiffs will agree to dismiss the matter with prejudice.

Respectfully submitted,

*s/ Eric A. Foley*
Eric A. Foley, La. Bar No. 34199
Katie M. Schwartzmann, La. Bar No. 30295
Roderick & Solange MacArthur Justice Center
4400 S. Carrollton Ave.
New Orleans, LA 70119
(504) 620-2259 (p)
(504) 208-3133 (f)
eric.foley@macarthurjustice.org
katie.schwartzmann@macarthurjustice.org

*Attorneys for Plaintiffs*

*s/ David G. Sanders*
David G. Sanders, Bar Roll No. 11696
Assistant Attorney General
Louisiana Department of Justice, Litigation Division
P.O. Box 94005
Baton Rouge, LA 70804-9005
(225) 326-6300
sandersd@ag.louisiana.us

*Attorneys for Defendant Judges Mike Craig, Jeff R. Thompson, Jeff Cox, E. Charles Jacobs, Mike Nerren, and Parker Self.*

*s/ Glenn L. Langley*
Glenn L. Langley, La. Bar No. 8019
Julianna P. Parks, La. Bar No. 30658
Parker W. Maxwell, La. Bar No. 35232
Langley, Parks, Horton & Maxwell
401 Market Street, Suite 1100
Shreveport, LA 71107
(318) 383-6422

*Attorneys for Defendant Sheriff Julian Whittington*

2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed using the Court's CM/ECF filing system, which will provide electronic notice to all counsel of record.

                      *s/ Eric Foley*
                      Eric Foley