UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JAMES M. WHEAT and DANNY BRINSON, individually and on behalf of all other persons similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MIKE CRAIG, JEFF R. THOMPSON, JEFF COX, E. CHARLES JACOBS, MIKE NERREN, and PARKER SELF in their official capacities as Judges of the 26th Judicial District Court; and JULIAN C. WHITTINGTON, in his official capacity as Sheriff of Bossier Parish,<br><br>    Defendants. | Case No. 5:17-cv-424-SMH-MLH<br>(Class Action)<br><br>Judge Hicks<br>Magistrate Judge Hornsby |

**SETTLEMENT AGREEMENT**

The Parties have worked together since the filing of this lawsuit to resolve the case. The parties agree to the following, and the parties jointly move the Court to enter a consent order requiring them to abide by their agreement.

1) The Plaintiffs agree to dismiss the lawsuit with prejudice subject to the Court retaining jurisdiction to enforce the Settlement Agreement and the terms of the Consent Judgment. Plaintiffs waive all attorneys' fees. Defendants Craig, Thompson, Cox, Jacobs, Nerren, and Self shall reimburse Plaintiffs one half of the $400 filing fee paid to lodge the Complaint in this action.

2) The Defendants agree to the following:

    a. The Defendant Judges' en banc order of April 11, 2017, rescinding their previous en banc order of August 18, 2015, and ceasing the practice of requiring payment of the $40 Public Defender application fee under La. R.S. § 15:175 prior to a defendant's release on bail—attached herein as Ex. 1—shall remain in place. The Defendant Judges shall not enter any order requiring pre-payment of this fee as a condition of release.

    b. After arrest, all misdemeanor arrestees—except those expressly listed below—will be released on their own recognizance after the completion of standard booking procedures. An additional exception may be made for those who appear to be impaired by alcohol or another substance upon booking, in which case an arrestee may be held for up to twelve hours to ensure his or her safety. The following list may be amended as required by law.

        i. Aggravated Assault, § 14:37;
        ii. Simple Battery, § 14:35;
        iii. Battery on a Police Officer, § 14:34.2;
        iv. Battery of a school teacher, § 14:34.3;
        v. Battery of a school or recreation athletic contest official, § 14:34.4;
        vi. Battery of a correction facility employee, § 14:34.5;
        vii. Battery of a bus operator, § 14:34.5.1;

    viii.  Battery of emergency room personnel, emergency service personnel, or a healthcare professional, § 14:34.8;

    ix.  Battery of a child welfare or adult protective service worker, § 14:35.1;

    x.  Simple battery of persons with infirmities, § 14:35.2;

    xi.  Misdemeanor Sexual Battery, § 14:43.1.1

    xii.  Violation of Protective Orders, § 14:79

    xiii.  Operating a Vehicle While Intoxicated, first offense, §§ 14:98(D)(1), 98.1;

    xiv.  Operating a Vehicle While Intoxicated, second offense, §§14:98(D)(2), 98.2;

    xv.  Hit and Run Driving, § 14:100;

    xvi.  Resisting an Officer, § 14:108;

    xvii.  Flight from an Officer, § 14:108.1;

    xviii.  Illegal Carrying of Weapons, § 14:95

    xix.  Driving Under Suspension, § 32:415; and

    xx.  Speeding over 100 m.p.h., § 32:61

c.  In cases involving the misdemeanor offenses of Domestic Abuse Battery, La. R.S. § 14:35.3, or Stalking, La. R.S. § 14:40.2, the court retains discretion to operate the pretrial detention procedures set forth in La. Code of Criminal Procedure article 313.

3

d. Those arrested for the offenses listed in paragraph 2(b)(i)–(xx), will be provided with an individualized bail determination within twenty-four (24) hours of arrest whenever practicable but in no event later than seventy-two (72) hours after their arrest.

e. Those arrested pursuant to a warrant that also set their amount of bail shall be brought before a judge for individualized bail determination within twenty-four (24) hours of arrest whenever practicable but in no event later than seventy-two (72) hours after their arrest.

f. The bail review hearings referenced in paragraphs (d) and (e) will meet the requirements of the due process and equal protection clauses of the Fourteenth Amendment, and no misdemeanor arrestee will be kept in jail on the basis of a secured money bond that they cannot afford.

g. The judges shall continue their practice of holding 72-hour hearings and initial bail settings in open court.

        Respectfully submitted,

        *s/ Eric A. Foley*
        Eric A. Foley, La. Bar No. 34199
        Katie M. Schwartzmann, La. Bar No. 30295
        Roderick & Solange MacArthur Justice Center
        4400 S. Carrollton Ave.
        New Orleans, LA 70119
        (504) 620-2259 (p)
        (504) 208-3133 (f)
        eric.foley@macarthurjustice.org
        katie.schwartzmann@macarthurjustice.org

        *Attorneys for Plaintiffs*

*s/ David G. Sanders*
David G. Sanders, Bar Roll No. 11696
Assistant Attorney General
Louisiana Department of Justice, Litigation Division
P.O. Box 94005
Baton Rouge, LA 70804-9005
(225) 326-6300
sandersd@ag.state.la.us

*Attorneys for Defendant Judges Mike Craig, Jeff R. Thompson, Jeff Cox, E. Charles Jacobs, Mike Nerren, and Parker Self.*

*s/ Glenn L. Langley*
Glenn L. Langley, La. Bar No. 8019
Julianna P. Parks, La. Bar No. 30658
Parker W. Maxwell, La. Bar No. 35232
Langley, Parks, Horton & Maxwell
401 Market Street, Suite 1100
Shreveport, LA 71107
(318) 383-6422

*Attorneys for Defendant Sheriff Julian Whittington*

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed using the Court's CM/ECF filing system, which will provide electronic notice to all counsel of record.

*s/ Eric Foley*
Eric Foley

**EXHIBIT 1**

# TWENTY-SIXTH JUDICIAL DISTRICT COURT

## BOSSIER AND WEBSTER PARISHES, STATE OF LOUISIANA

### ORDER

Due to resolution of the budget issue facing the 26th Judicial District Public Defenders Office,

IT IS HEREBY ORDERED that the en banc Order signed by this Court on August 18, 2015, ordering the collection of the $40.00 application fee pursuant to La R.S. 15:175 prior to release on bond, is hereby **VACATED and RESCINDED** effective immediately.

IT IS FURTHER ORDERED that the Bossier Parish Sheriff and the Webster Parish Sheriff immediately cease the collection of said fee.

IT IS FURTHER ORDERED that this decree shall be effective for both Bossier and Webster Parishes.

THUS DONE AND SIGNED this 11th day of April, 2017, in Benton, Bossier Parish Louisiana.

_____
HON. MICHAEL O. CRAIG
DISTRICT COURT JUDGE

_____
HON. E. CHARLES JACOBS
DISTRICT COURT JUDGE

_____
HON. JEFF R. THOMPSON
DISTRICT COURT JUDGE

_____
HON. MICHAEL NERREN
DISTRICT COURT JUDGE

_____
HON. PARKER SELF
DISTRICT COURT JUDGE

_____
HON. JOHN ROBINSON
DISTRICT JUDGE, AD HOC, DIV. C

FILED
APR 12 2017
CHIEF DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA