**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| JAMES M. WHEAT, ET AL. | CIVIL ACTION NO. 17-0424 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JUDGE MIKE CRAIG, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

Considering the Joint Motion for Entry of Order Approving Settlement Agreement and Joint Stipulation of Dismissal (Record Document 27) by Plaintiffs James M. Wheat and Danny Brinson, Defendant Judges Mike Craig, Jeff R. Thompson, E. Charles Jacobs, Mike Nerren, and Parker Self, and Defendant Sheriff Julian C. Whittington,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**. All parties are hereby **ORDERED** to comply with the terms of the Settlement Agreement (Record Document 27-2).

**IT IS FURTHER ORDERED** that Plaintiffs James M. Wheat and Danny Brinson's claims are hereby **DISMISSED WITH PREJUDICE** in accordance with the terms of the Settlement Agreement and Joint Stipulation of Dismissal. The Court retains continuing jurisdiction to enforce the Settlement Agreement.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 21st day of July, 2017.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE